IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE DALLAS MORNING NEWS, L.P., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3-05CV-2163N EFC |
| THOMAS NELSON INC. D/B/A COOL SPRINGS PRESS, COOL SPRINGS PRESS, INCORPORATED AND WAYNICK BOOKS, INC., | § § § § § § | |
| Defendants. | § | |

## STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, The Dallas Morning News, L.P. ("The Dallas Morning News") files its Motion to Dismiss without Prejudice as to Defendant Cool Springs Press, Incorporated ("Cool Springs Press") and shows the Court as follows:

The Dallas Morning News does not currently wish to pursue matters asserted in this lawsuit against Cool Springs Press. Cool Springs Press has stipulated to its Dismissal without Prejudice. Therefore, The Dallas Morning News requests that all claims against Cool Springs Press be dismissed without prejudice to the refiling of the same with all costs borne by the parties incurring the same.

WHEREFORE, The Dallas Morning News respectfully requests that the Court dismiss all claims against Cool Springs Press, Incorporated in the above-styled and numbered cause without prejudice to the refiling of same.

Respectfully submitted,

_____
**BRYAN HAYNES**
State Bar No. 09283520
**MARK A. MAYER**
State Bar No. 24004389

**LOCKE LIDDELL & SAPP LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201
Telephone:  (214) 740-8000
Telecopy:  (214) 740-8800

**ATTORNEYS FOR PLAINTIFF
THE DALLAS MORNING NEWS, L.P.**

STIPULATED BY:

By: _____
M. David Bryant
Cox Smith Matthews Inc.
1201 Elm St., Suite 4242
Dallas, Texas  75270

**ATTORNEYS FOR DEFENDANT
COOL SPRINGS PRESS, INCORPORATED**

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2006, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

M. David Bryant
Cox Smith Matthews Inc.
1201 Elm St., Suite 4242
Dallas, Texas 75270

I hereby certify that I have served the foregoing document by mailing a copy to the following individuals:

Jay S. Bowen
Bowen Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

Bryan Haynes