IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **THE DALLAS MORNING NEWS, L.P.,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO. 3-05CV-2163N ECF |
| **THOMAS NELSON INC. D/B/A COOL SPRINGS PRESS, COOL SPRINGS PRESS, INCORPORATED** AND **WAYNICK BOOKS, INC.,** | § § § § § § | |
| **Defendants.** | § | |

**AGREED ORDER GRANTING JOINT
MOTION TO DISMISS WITH PREJUDICE**

Having considered the Joint Motion to Dismiss With Prejudice (the "Motion") submitted by The Dallas Morning News, L.P. ("Plaintiff") and Thomas Nelson Inc. and Waynick Books, Inc. ("Defendants"), and noting that Cool Springs Press Incorporated was dismissed by Order entered on March 3, 2006, the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above styled and numbered cause is hereby dismissed with prejudice to the refiling of same.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all taxable costs of court are taxed against the party incurring same.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all relief not expressly granted is hereby denied and that this is a final Order for all purposes.

SIGNED December 1, 2006.

_____
**JUDGE PRESIDING**

**AGREED:**

/s/ Bryan Haynes
**BRYAN HAYNES**
  State Bar No. 09283520
  bhaynes@lockeliddell.com
**MARK A. MAYER**
  State Bar No. 24004389
  mmayer@lockeliddell.com

**LOCKE LIDDELL & SAPP LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8000
Telecopy: (214) 740-8800
**ATTORNEYS FOR PLAINTIFF
THE DALLAS MORNING NEWS, L.P**.


/s/ M .David Bryant
**M. DAVID BRYANT**
  State Bar No. 3281500
  dbryant@coxsmith.com

**COX SMITH MATTHEWS INC**.
1201 Elm St., Suite 4242
Dallas, Texas 75270
Telephone: (214) 698-7801
Telecopy: (214) 698-7899
**ATTORNEYS FOR DEFENDANTS
THOMAS NELSON INC. AND WAYNICK BOOKS, INC.**